LESLEY DRAZEK, Appellant, v VITAL TRANSPORTATION, INC., Respondent.

Submitted July 25, 2016; decided October 27, 2016

Motion for reargument of motion for leave to appeal dismissed as untimely (*see* Rules of Ct of Appeals [22 NYCRR] § 500.24 [b]) [*see* 27 NY3d 1015 (2016)]. Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.

FINANCIAL SERVICES VEHICLE TRUST, Plaintiff, v ANDRE H. SAAD, Defendant/Third-Party Plaintiff-Appellant. GOVERNMENT EMPLOYEES INSURANCE COMPANY et al., Third-Party Defendants-Respondents, et al., Third-Party Defendants.

Submitted July 11, 2016; decided October 27, 2016

Motion, insofar as it seeks leave to appeal as against Government Employees Insurance Company, dismissed upon the ground that as to it the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

JOHNATHAN JOHNSON, Appellant, v CYNTHIA NEIDL, Respondent.

Submitted August 22, 2016; decided October 27, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.